# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**IN RE:** Enrique P Billups   )
)
)   **Bankruptcy No.** 10 B 19563
)
**Debtor(s)**   )
)

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO:   See Attached Service List

Please take notice that the Court will call the above-captioned case for status on __November 17, 2011 at 10:30 a.m.__ In courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois. The Chapter 7 Trustee, Frances Gecker is ordered to appear and provide a status at that time.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

Date: October 14, 2011

In re:  Enrique P Billups
Bankruptcy No. 10 B 19563

## CERTIFICATE OF SERVICE

I, Deborah Smith, certify that on __OCT 1 4 2011__, I caused to be served copies of the foregoing ORDER to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

_____
Courtroom Deputy

### Electronic Service through CM/ECF System

**Jason Blust**
Legal Helpers
233 S. Wacker Dr.
Suite 5150
Chicago, IL 60606

**Trustee**
**Frances Gecker**
325 North LaSalle Street
Suite 625
Chicago, IL 60654

**U.S. Trustee**
Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

### Served through First Class Mail

**Enrique P. Billups**
1215 W. 90th Street - 1st
Chicago, IL 60620